UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STEPHANIE ROQUE | CIVIL ACTION NO. 22-cv-4638 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| FOREMOST INSURANCE CO GRAND RAPIDS MICHIGAN | MAGISTRATE JUDGE KAY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 19] previously filed herein, having thoroughly reviewed the record, noting the lack of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Stephanie Roque's ("Roque") civil rights complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE,** for failure to prosecute and abide by the orders of the Court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Roque has the right to reinstate his civil action claim with this court within thirty (30) days for good cause shown, per W. D. La. Loc. Civ. R. 41.3, with any such showing being made in writing and filed into the record of this matter.

**MONROE, LOUISIANA,** this the 22nd day of December 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE